# EXHIBIT B

# GRANT AGREEMENT
# BETWEEN THE
# U.S. AGENCY FOR GLOBAL MEDIA AND
# OPEN TECHNOLOGY FUND
# FOR ADDITIONAL AMOUNTS IN FY 2020

### FAIN: OT01-20-GO-00001

**GRANT FUNDS TABLE**

|   | FY 2020 PROGRAM PLAN | Previous Award Total | Initial Award | New Award Total | Currency gain/(loss) (Informational) |
|---|---|---|---|---|---|
| **FUNDING** | Continuing Resolution | N/A | $40,000 | $40,000 | N/A |

In addition to the Grant Funds allocated pursuant to Article VI of the FY 2019 Grant Agreement in September 2019, the **U.S. AGENCY FOR GLOBAL MEDIA** ("USAGM") hereby grants an additional amount of **$40,000** to **OPEN TECHNOLOGY FUND** for salaries and benefits during FY 2020, as made available pursuant to the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2019 of the Continuing Appropriations Act, 2020, Division A of P.L. 116-59 (September 27, 2019).

With the additional amount granted under this agreement, the total amount available is $40,000. It is anticipated that additional amounts will be made available to RFA for operations during FY 2020 as soon as such funds become legally available.

Except as otherwise expressly provided herein, the other provisions of the FY 2019 Grant Agreement shall remain in full force and effect.

**OPEN TECHNOLOGY FUND**

BY _____
Libby Liu
CEO

DATE 11/14/19

**U.S. AGENCY FOR GLOBAL MEDIA**
International Broadcasting Bureau

BY _____
Grant K. Turner
CEO & Director

DATE 11/20/2019