# EXHIBIT D

## GRANT AGREEMENT
## BETWEEN THE
## U.S. AGENCY FOR GLOBAL MEDIA AND
## OPEN TECHNOLOGY FUND

### FAIN: OT01-20-GO-00001

**GRANT FUNDS TABLE**

|  | FY 2020 PROGRAM PLAN | Previous Award Total | Current Award | New Award Total | Currency gain/(loss) (Informational) |
|---|---|---|---|---|---|
| Open Technology Fund | PENDING | $3,128,320 | $5,649,552 | $8,777,872 | Non-Reported |
| Internet Freedom | N/A | $600,000 | $0 | $600,000[1] | Non-Reported |
| TOTAL FUNDING | PENDING | $3,728,320 | $5,649,552 | $9,377,872 | Non-Reported |

This Agreement constitutes Amendment number one (001) (the "Amendment") to the Fiscal Year ("FY") 2020 Grant Agreement between the U.S. AGENCY FOR GLOBAL MEDIA ("USAGM") and OPEN TECHNOLOGY FUND ("Non-Federal Entity") signed in January 2020 (the "Grant Agreement"). USAGM hereby grants an additional amount of **$5,649,552** of no-year funds to OPEN TECHNOLOGY FUND, up to $5,092,784 shall be used to support Internet freedom projects. The remainder shall be used to fund OTF salaries and operations.

WHEREAS, funding has been made available pursuant to the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2020 of the Consolidated Appropriations Act of 2020, H.R. 1865 / H. Res.765, (Div. G, P.L. 116-94, December 20, 2019) and the corresponding Explanatory Statement (165 Cong. Rec. H11061 at H11428, December 17, 2019) and Report(s) (H. Rept. 116-78, S. Rept. 116–126), USAGM must submit Internet freedom spend plan related to the expenditure of funds appropriated under that Act;

WHEREAS, funding has been requested by the Non-Federal Entity ("NFE") to maintain operations until necessary consultations occur, including with the Congress, and such plans are finalized.

With the additional amounts granted under this agreement, the total amount USAGM has granted to the NFE for FY 2020 is **$9,377,872**, of which, $600,000 of the no-year funds are provided by

---

[1] $600,000 of the no-year funds were provided by the Consolidated Appropriations Act of 2019 (Div. F, P.L. 116-6).

the Consolidated Appropriations Act of 2019 (Div. F, P.L. 116-6); and, $ $8,777,872 of the no-year funds are provided by the Further Consolidated Appropriations Act, 2020, P.L. 116-94.

Except as otherwise expressly provided herein, the other provisions of the FY 2020 Grant Agreement shall remain in full force and effect.

| OPEN TECHNOLOGY FUND | U.S. AGENCY FOR GLOBAL MEDIA |
| --- | --- |
| | International Broadcasting Bureau |
| BY _[signature]_ | BY _[signature]_ |
| Libby Liu | Grant Turner |
| CEO | CEO |
| DATE 4/22/2020 | DATE 4/29/2020 |

## Open Technology Fund
### FY 2020 FINANCIAL PLAN
### October 1, 2019 Through September 30, 2020

| OPEN TECHNOLOGY FUND | October | November | December | January | February | March | April | May | June | July | August | September | FY 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PERSONNEL COSTS** | | | | | | | | | | | | | |
| Salaries | | 26,400 | | 16,000 | 16,000 | 16,000 | 115,314 | 115,314 | 166,064 | - | - | - | 471,092 |
| Benefits | | 13,600 | | 5,440 | 5,440 | 5,440 | 39,207 | 39,207 | 56,462 | - | - | - | 164,796 |
| **Total Salaries & Benefits** | - | 40,000 | - | 21,440 | 21,440 | 21,440 | 154,521 | 154,521 | 222,526 | - | - | - | 635,888 |
| **NON-PERSONNEL COSTS** | | | | | | | | | | | | | - |
| Contract Services | | | | 1,000,000 | 1,000,000 | 1,000,000 | 3,030,928 | 1,030,928 | 1,030,928 | - | | - | 8,092,784 |
| Travel & Allowances | | | | | | | - | - | | | | | - |
| Office Space | | | | | 16,000 | 8,000 | 8,400 | 8,400 | 8,400 | - | | - | 49,200 |
| General & Administrative Expenses | | | | | | | | | | | | | - |
| Technical & Capital Expenses | | | | | | | | | | | | | - |
| **GENERAL OPERATING EXPENSES** | - | - | - | 1,000,000 | 1,016,000 | 1,008,000 | 3,039,328 | 1,039,328 | 1,039,328 | - | - | - | 8,141,984 |
| **SUB-TOTAL OTF** | - | 40,000 | - | 1,021,440 | 1,037,440 | 1,029,440 | 3,193,849 | 1,193,849 | 1,261,854 | - | - | - | 8,777,872 |
| | | | | | | | | | | | | | - |
| **SUB-TOTAL OIF (Contract Services)** | | | | | 200,000 | 400,000 | | | | | | | 600,000 |
| | | | | | | | | | | | | | - |
| **TOTAL OPEN TECHNOLOGY FUND** | - | 40,000 | - | 1,021,440 | 1,237,440 | 1,429,440 | 3,193,849 | 1,193,849 | 1,261,854 | - | - | - | 9,377,872 |

| OPEN TECHNOLOGY FUND FUNDING | October | November | December | January | February | March | April | May | June | July | August | September | FY 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PERSONNEL COSTS** | | | | | | | | | | | | | |
| Salaries | | 26,400 | | 16,000 | 16,000 | 16,000 | 115,314 | 115,314 | 166,064 | - | - | - | 471,092 |
| Benefits | | 13,600 | | 5,440 | 5,440 | 5,440 | 39,207 | 39,207 | 56,462 | - | - | - | 164,796 |
| **Total Salaries & Benefits** | - | 40,000 | - | 21,440 | 21,440 | 21,440 | 154,521 | 154,521 | 222,526 | - | - | - | 635,888 |
| **NON-PERSONNEL COSTS** | | | | | | | | | | | | | - |
| Contract Services | | | | 1,000,000 | 1,000,000 | 1,000,000 | 3,030,928 | 1,030,928 | 1,030,928 | - | | - | 8,092,784 |
| Travel & Allowances | | | | | | | - | - | | | | | - |
| Office Space | | | | | 16,000 | 8,000 | 8,400 | 8,400 | 8,400 | - | | - | 49,200 |
| General & Administrative Expenses | | | | | | | | | | | | | - |
| Technical & Capital Expenses | | | | | | | | | | | | | - |
| **Total General Operating Expenses** | - | - | - | 1,000,000 | 1,016,000 | 1,008,000 | 3,039,328 | 1,039,328 | 1,039,328 | - | - | - | 8,141,984 |
| | | | | | | | | | | | | | |
| **TOTAL OTF FUNDING** | - | 40,000 | - | 1,021,440 | 1,037,440 | 1,029,440 | 3,193,849 | 1,193,849 | 1,261,854 | | | | 8,777,872 |

**Open Technology Fund**
**FY 2020 FINANCIAL PLAN**
October 1, 2019 Through September 30, 2020

| OFFICE OF INTERNET FREEDOM FUNDING | October | November | December | January | February | March | April | May | June | July | August | September | FY 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **NON-PERSONNEL COSTS** | | | | | | | | | | | | | |
| Contract Services | | | | | 200,000 | 400,000 | - | - | - | - | - | - | 600,000 |
| Travel & Allowances | - | - | - | | | | - | - | - | - | - | - | - |
| Office Space | | | | | | | | | | | | | |
| General & Administrative Expenses | | | | | | | - | | - | - | | | - |
| Technical & Capital Expenses | | | | | | | | | | | | | - |
| **Total General Operating Expenses** | - | - | - | | - | - | | | | | | - | - |
| **TOTAL OIF FUNDING** | - | - | - | - | 200,000 | 400,000 | | | | | | | 600,000 |

**USAGM APPROVAL STATEMENT**: USAGM Financial Plan Approval applies to Open Technology Fund for the period of April 01, 2020 through June 30, 2020 for operations as made available under the Consolidated Appropriations Act, 2020, H.R. 1865/H Res. 765, (Division G, P.L. 116-94 signed December 20, 2019 and the Explanatory Statement (165 Cong. REc. H11061 at H11428, December 17, 2019) and Report(s) (H. Rept. 116-78, S. Rept. 116-126). Approval of the amounts reflected on this financial plan are not to be misconstrued as a pro-rated amount of an annual budget for FY20. FY20 annual budgets will be distributed when the Internet Freedom Program Plan is finalized. Please spend prudently during the pending approval of the FY 20 Internet Freedom Plan.

U.S. AGENCY FOR GLOBAL MEDIA | UNITED STATES BROADCASTING BOARD OF GOVERNORS

FINANCIAL PLAN APPROVAL

_[signature]_     4/29/2020

Grant K. Turner | CEO & Director     Date