# In the United States Court of Federal Claims

No. 20-1047C
(Filed September 21, 2020)

```
* * * * * * * * * * * * * * * * *
                                 *
                                 *
**OPEN TECHNOLOGY FUND,**        *
                                 *
                 Plaintiff,      *
                                 *
        v.                       *
                                 *
**THE UNITED STATES,**           *
                                 *
                 Defendant.      *
                                 *
* * * * * * * * * * * * * * * * *
```

## ORDER

Pursuant to paragraph 8 of Appendix C of the Rules of the United States Court of Federal Claims, the Court will hold an initial status conference by telephone at **2:00 p.m. EDT** on **Thursday, September 24, 2020**. Chambers will contact counsel for the parties with information regarding the logistics of this call.

**IT IS SO ORDERED.**

                                                     s/ Victor J. Wolski
                                                   **VICTOR J. WOLSKI**
                                                   Senior Judge