# In the United States Court of Federal Claims

No. 20-1047C
(Filed December 10, 2020)

```
* * * * * * * * * * * * * * * * *
                                 *
                                 *
OPEN TECHNOLOGY FUND,            *
                                 *
                                 *
             Plaintiff,          *
                                 *
                                 *
    v.                           *
                                 *
THE UNITED STATES,               *
                                 *
                                 *
             Defendant.          *
                                 *
* * * * * * * * * * * * * * * * *
```

## ORDER

      A lawyer unconnected with the parties has submitted a motion, using the court's overnight box, seeking approval for amicus curiae participation in this case by another lawyer (also unconnected with the parties).  The electronic case filing system was not used, due to the movant's unorthodox request that no documents relating to the aspiring amicus curiae be docketed in that system.  The Court finds this submission defective, as it proposes a procedure that is contrary to our rules and fails to articulate a cognizable interest supporting amicus participation.  In light of the movant's request that the paper not be docketed, the Clerk is directed to return this document to the movant, unfiled.

**IT IS SO ORDERED.**

                                                 s/ Victor J. Wolski
                                                 **VICTOR J. WOLSKI**
                                                 Senior Judge