IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

| | |
|---|---|
| OPEN TECHNOLOGY FUND,<br><br>    *Plaintiff,*<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    *Defendant.* | Case No. 20-cv-1047C<br><br>Senior Judge Wolski |

**PLAINTIFF'S UNOPPOSED MOTION TO STAY**

  The parties have begun discussions that may resolve the plaintiff's claims in this case. To avoid unnecessary expenditure of time and resources by the parties and the Court, the plaintiff respectfully moves to stay the case and all pending deadlines pending resolution of those discussions. The plaintiff proposes that the parties file a status report within 30 days, by March 8, 2021, if plaintiff has not dismissed the case by that date. Government counsel has stated that the government does not oppose this motion.

| | |
|---|---|
| February 5, 2021 | Respectfully submitted,<br><br>*/s/Deepak Gupta*<br>DEEPAK GUPTA<br>GREGORY A. BECK<br>GUPTA WESSLER PLLC<br>1900 L Street, NW, Suite 312<br>Washington, DC 20036<br>(202) 888-1741<br>*deepak@guptawessler.com*<br>*greg@guptawessler.com*<br><br>JOSHUA D. SCHNELL<br>CORDATIS LLP<br>1011 Arlington Boulevard, Suite 375<br>Arlington, VA 22209<br>(202) 342-2550<br>*jschnell@cordatislaw.com*<br><br>*Counsel for Plaintiff* |