# In the United States Court of Federal Claims

No. 20-1047C
(Filed February 9, 2021)

```
* * * * * * * * * * * * * * * * *
                                 *
                                 *
OPEN TECHNOLOGY FUND,            *
                                 *
              Plaintiff,         *
                                 *
      v.                         *
                                 *
THE UNITED STATES,               *
                                 *
              Defendant.         *
                                 *
* * * * * * * * * * * * * * * * *
```

### ORDER

The Court has reviewed the joint motion to stay the case and all pending deadlines in light of discussions that may resolve the claims. The motion is **GRANTED**. Accordingly, all proceedings are stayed, and the clerk shall terminate all existing deadlines. The parties shall file a joint status report on or by **Monday, March 8, 2021**, unless the case has been dismissed prior to that date.

**IT IS SO ORDERED.**

                                                  s/ Victor J. Wolski
                                                  **VICTOR J. WOLSKI**
                                                  Senior Judge