IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

| | |
|---|---|
| OPEN TECHNOLOGY FUND,<br><br>          *Plaintiff,*<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>          *Defendant.* | Case No. 20-cv-1047C<br><br>Senior Judge Wolski |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Open Technology Fund voluntarily dismisses this case without prejudice under Rule 41(a)(1)(A)(i).

                                                                                                     Respectfully submitted,

                                                                                                     */s/Deepak Gupta*
                                                                                                     DEEPAK GUPTA
                                                                                                     GREGORY A. BECK
                                                                                                     GUPTA WESSLER PLLC
                                                                                                     1900 L Street, NW, Suite 312
                                                                                                     Washington, DC 20036
                                                                                                     (202) 888-1741
                                                                                                     *deepak@guptawessler.com*
                                                                                                     *greg@guptawessler.com*

                                                                                 JOSHUA D. SCHNELL
                                                                                 CORDATIS LLP
                                                                                 1011 Arlington Boulevard, Suite 375
                                                                                 Arlington, VA 22209
                                                                                 (202) 342-2550
                                                                                 *jschnell@cordatislaw.com*

February 11, 2021                                         *Counsel for Plaintiff*

1